UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY PROSSER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case number 4:08cv0516 TCM |
| ) | |
| JEFF NORMAN and ) | |
| CHRIS KOSTER, Attorney ) | |
| General for the State of Missouri, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's motion for appointment of counsel [Doc. 34]. In support of this motion, Petitioner urges he needs help locating public court records and "believes that it is imperative to have oral arguments." Id.

On September 20, 2011, this proceeding was concluded by entry of this Court's judgment denying Petitioner's petition for federal habeas relief, and the Court's denial of Petitioner's then pending motion and request for the appointment of counsel to assist Petitioner in obtaining public court records. (See J., dated Sept. 20, 2011 [Doc. 30] and accompanying memorandum and order, dated Sept. 20, 2011 [Doc. 29].) At that time, the Court also denied Petitioner a certificate of appealability. Petitioner then filed a notice of appeal [Doc. 33] and his pending motion for appointment of counsel [Doc. 34].

Having carefully considered the record and finding no support for the appointment of counsel,

**IT IS HEREBY ORDERED** that Petitioner's motion for appointment of counsel [Doc. 34] is **DENIED**.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of October, 2011.